# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Entertainment Studios Networks, Inc., et al.

Plaintiff,

v.

Case No.: 1:23−cv−00529
Honorable Martha M. Pacold

McDonald's USA, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 30, 2023:

MINUTE entry before the Honorable Martha M. Pacold: The court has received movants' motion to quash or otherwise prevent the enforcement of a subpoena. [1]. Response to the motion to quash is due by 2/21/202; reply is due by 3/7/2023. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.